**DENY and Opinion filed August 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00800-CV**

**IN RE WILLIAM LISLE AND SMITH LISLE HOLDINGS, LTD., Relators**

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00639-2015**

**MEMORANDUM OPINION**
Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

Before the Court are relators' August 12, 2022 petition for writ of mandamus and motion for emergency relief. Relators challenge the trial court's July 26, 2022 Order Denying Defendants' Emergency Motions for Approval of Remediation Solution as Compliance with Injunction and Order Enforcing Permanent Injunction. Also before the Court is real party in interest DO-MO JOINT VENTURE's August 16, 2022 Opposition to Motion for Temporary Relief and Motion to Strike Portions of Relators' Appendix Not Admitted Before the Trial Court.

Entitlement to mandamus relief requires relators to show that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Relators have failed to comply with requirements set out in Texas Rule of Appellate Procedure 52 for filing a petition for writ of mandamus. Relators failed to provide in the appendix or record in support of the petition a sworn or certified copy of the challenged order and of every document that is material to the relators' claim for relief that was filed in any underlying proceeding and a properly authenticated transcript of any relevant testimony. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a). We conclude that relators, as the parties seeking relief, have not met the burden of providing the Court an adequate record to establish a right to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus. Having denied mandamus relief, we also deny the pending motions as moot.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220800F.P05